Mark D. Mailman, I.D. No. MDM 1122
Gregory J. Gorski, I.D. No. GJG 3241
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOEL CAMPBELL** | |
|         **Plaintiff,** | Civil Action No. 1:11-cv-04484-JEI-JS |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| **PIONEER CREDIT RECOVERY, INC.,** | |
|         **Defendant.** | |

TO THE CLERK OF COURT:

    Kindly enter Plaintiff's voluntary dismissal as to Defendant Pioneer Credit Recovery, Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

                              **FRANCIS & MAILMAN, P.C.**

                    BY:   */s/ Gregory Gorski*
                              GREGORY GORSKI, ESQUIRE
                              Attorneys for Plaintiff
                              Land Title Building, 19th Floor
                              100 South Broad Street
                              Philadelphia, PA 19110
Dated: October 21, 2011            (215) 735-8600

## CERTIFICATE OF SERVICE

I, Gregory Gorski, hereby certify that, on this date, I caused a true and correct copy of the Notice of Voluntary Dismissal in the above matter to be served via ECF Notification upon the following:

Richard J. Perr, Esq.
FINEMAN, KREKSTEIN & HARRIS, P.C.
Mellon Bank Building
1735 Market Street, Suite 600
Philadelphia, PA  19103
rperr@finemanlawfirm.com

*Attorneys for Defendant
Pioneer Credit Recovery, Inc.*

**FRANCIS & MAILMAN, P.C.**

BY:  /s/ Gregory Gorski
GREGORY GORSKI, ESQUIRE
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
DATED: October 21, 2011        (215) 735-8600